Alex Asil Mashiri, Esq. (SBN 283798)
alexmashiri@yahoo.com
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Tel: (858) 348-4938
Fax: (858) 348-4939

Attorneys for Plaintiff:
KURDESTAN J. OMER

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURDESTAN J. OMER | ) Case No.: 17-cv-02162-JLS-KSC |
| Plaintiff, | ) |
| v. | ) |
| | ) **NOTICE OF SETTLEMENT** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | ) |
| Defendants. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff KURDESTAN J. OMER and Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC have reached a settlement. The parties anticipate filing a joint motion dismissing this action with prejudice within 60 days.

Respectfully submitted,

DATED: February 27, 2018        **MASHIRI LAW FIRM**
                                A Professional Corporation

                                By: /s/ Alex Asil Mashiri
                                Alex Asil Mashiri
                                Attorney for Plaintiff

-1-
NOTICE OF SETTLEMENT

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2018, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court for the United States District Court, Central District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED: February 27, 2018

**MASHIRI LAW FIRM**
A Professional Corporation

By: /s/ Alex Asil Mashiri
Alex Asil Mashiri
Attorney for Plaintiff

**MASHIRI LAW FIRM**
A PROFESSIONAL CORPORATION
11251 RANCHO CARMEL DR. # 500694
SAN DIEGO, CA 92150
TEL: (858) 348-4938
FAX: (858) 348-4939