# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURDESTAN J. OMER,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>　　　　　　　　　Defendants. | Case No.: 17-CV-2162 JLS (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 10) |

Presently before the Court is the parties' Joint Motion to Dismiss. (ECF No. 10.) The parties have reached a settlement and request the Court dismiss the case. (*See id.* at 1.) Good cause appearing, the Court **GRANTS** the parties' Joint Motion and **DISMISSES WITH PREJUDICE** this action in its entirety. As stipulated by the parties, each party shall bear its own attorney's fees and costs. (*Id.*) The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: March 8, 2018

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge